Judge Robert S. Lasnik
Magistrate Judge Michelle L. Peterson

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MAUNG NAING,<br><br>            Petitioner,<br><br>      v.<br><br>WILLIAM BARR, Attorney General; CHAD F. WOLF, acting Secretary of Homeland Security; NATHALIE ASHER, Seattle Field Office Director, U.S. Immigration and Customs Enforcement; WARDEN of Immigration Detention Facility; and the U.S. Immigration and Customs Enforcement,<br><br>            Respondents. | NO. C20-1277-RSL-MLP<br><br>STIPULATED DISMISSAL OF PETITION FOR WRIT OF HABEAS CORPUS UNDER RED. R. CIV. P. 41(a)(1)(A)(ii) |

Petitioner Maung Naing and Respondents, William Barr, United States Attorney General; Chad F. Wolf, acting Secretary, United States Department of Homeland Security; Nathalie Asher, Field Office Director, United States Immigration and Customs Enforcement (ICE); the Warden of the Northwest Detention Center; and ICE; stipulate to the dismissal of this Petition for Writ of Habeas Corpus under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). *See also* Fed. R. Civ. P. 81(a)(4). Mr. Naing was

STIPULATED DISMISSAL OF PETITION
FOR WRIT OF HABEAS CORPUS
(*Maung Naing*; C20-1277-RSL-MLP) - 1

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**

released on an Order of Supervision on November 23, 2020, which rendered the Petition moot.

DATED this 24th day of November, 2020.

Respectfully submitted,

BRIAN MORAN
United States Attorney

s/ *Michelle R. Lambert*
MICHELLE R. LAMBERT, NYS
No. 4666657
Assistant United States Attorney
Western District of Washington
United States Attorney's Office
1201 Pacific Avenue, Suite 700
Tacoma, WA  98402
Phone: 253-428-3832
E-mail: michelle.lambert@usdoj.gov

*Attorneys for Respondents*

s/ *Gregory Murphy*
GREGORY MURPHY, WSBA
No. 36733
Assistant Federal Public Defender
1601 Fifth Avenue, Suite 700
Seattle, WA 98101
Phone: 206-553-1100
E-mail: gregory_murphy@fd.org

*Attorney for Petitioner*

STIPULATED DISMISSAL OF PETITION
FOR WRIT OF HABEAS CORPUS
(*Maung Naing*; C20-1277-RSL-MLP) - 2

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**

ORDER

It is hereby ORDERED that this case is dismissed with prejudice and without an award of fees and costs to either party.

Dated this 30th day of November, 2020.

ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

Presented by:

/s/ *Gregory Murphy*
Assistant Federal Public Defender
Attorney for Maung Naing

/s/ *Michelle R. Lambert*
Assistant United States Attorney
Attorney for Respondents

STIPULATED DISMISSAL OF PETITION
FOR WRIT OF HABEAS CORPUS
(*Maung Naing*; C20-1277-RSL-MLP) - 3

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100